

RECEIVED
JUL 22 2024
CLERK, U.S. DISTRICT COURT
ST. PAUL, MINNESOTA

# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Plaintiff(s),

vs.

Defendant(s).

(Enter the full name(s) of ALL plaintiffs and defendants in this lawsuit. Please attach additional sheets if necessary.)

Case No. 24-cv-2885 (DWF/TNL)
(To be assigned by Clerk of District Court)

DEMAND FOR JURY TRIAL
YES ✓ and NO ✓

## COMPLAINT

### PARTIES

1. List your name, address and telephone number. Do the same for any additional plaintiffs.

   a. Plaintiff

   Name: Judge Jesty  "For mail, address my half blind grandmother who is getting bullied by a landlord agency @ 85 year's old  Donna Anderson

   Street Address: 105 W Carmel Ave

   County, City: Dakota County, West Saint Paul

   State & Zip Code: Minnesota 55118

   Telephone Number: 352 616 9895

2. List all defendants. You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption.

SCANNED
JUL 22 2024
U.S. DISTRICT COURT ST. PAUL



a. Defendant No. 1

   Name

   Street Address

   County, City

   State & Zip Code

b. Defendant No. 2

   Name

   Street Address

   County, City

   State & Zip Code

c. Defendant No. 3

   Name

   Street Address

   County, City

   State & Zip Code

**NOTE: IF THERE ARE ADDITIONAL PLAINTIFFS OR DEFENDANTS, PLEASE PROVIDE THEIR NAMES AND ADDRESSES ON A SEPARATE SHEET OF PAPER.**
Check here if additional sheets of paper are attached: ☐
Please label the attached sheets of paper to correspond to the appropriate numbered paragraph above (e.g., Additional Defendants 2.d., 2.e., etc.)

## JURISDICTION

Federal courts are courts of limited jurisdiction. Generally, two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of

the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount of damages is more than $75,000 is a diversity of citizenship case.

3. What is the basis for federal court jurisdiction? *(check all that apply)*

    ☑ Federal Question          ☐ Diversity of Citizenship

4. If the basis for jurisdiction is Federal Question, which Federal Constitutional, statutory or treaty right is at issue? List all that apply.

    U.S. Constitution — *[handwritten]*
    The Laws of Nature — *[handwritten]*

    *[handwritten diagram of a scale with "U.S.C" on one side and "Law of Nature" on the other, labeled "Solvency of your Sovereignty"]*

5. If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party? Each Plaintiff must be diverse from each Defendant for diversity jurisdiction.

    Plaintiff Name:                             State of Citizenship:

    Defendant No. 1:                            State of Citizenship:

    Defendant No. 2:                            State of Citizenship:

    **Attach additional sheets of paper as necessary and label this information as paragraph 5.**
    **Check here if additional sheets of paper are attached.**

6. What is the basis for venue in the District of Minnesota? *(check all that apply)*

    ☐ Defendant(s) reside in Minnesota   ☐ Facts alleged below primarily occurred in Minnesota

    ☐ Other: explain

STATEMENT OF THE CLAIM

Describe in the space provided below the basic facts of your claim. The description of facts should include a specific explanation of how, where, and when each of the defendants named in the caption violated the law, and how you were harmed. Each paragraph must be numbered separately, beginning with number 7. Please write each single set of circumstances in a separately numbered paragraph.

7. _____

3

7. In 1879 Edison invent and ~~other~~ release lightbulb upon the world.

Every single invention utilizing light for communication and entertainment follows.

8. The Filth of Babylon's Network (Internet Pornography) is a very interesting thing for YOU (The Court) to NOT JUDGE.
As the Papacy screams "The Holy Sees"
I scream to you with a whisper "Silence Speaks Loudest"

So as I write this inside your clerks office in nothing but a ~~bath~~ robe and my crown...

9. "Can a country survive and maintain its soverignty if it prances upon itself in the nude?"

"If it can, does it weaken or strengthten its efforts to keep power?"

"Is whoring every future generation at the communicable speed of light risky?" Can my economy exist when I turn a blind eye to such behavior?"

Attach additional sheets of paper as necessary.
Check here if additional sheets of paper are attached: ☐
Please label the attached sheets of paper to as Additional Facts and continue to number the paragraphs consecutively.

REQUEST FOR RELIEF

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking.

Shut it down (internet pornography) before it shuts you down.

Pay me $1,000,000,000 and I'll give you a math equation that can solve it nearly immediately.

Date:

Signature of Plaintiff   Judge Jesty

Mailing Address   105 W Carmel Ave.

West St. Paul, MN 55118

Telephone Number   352 616 9805

Note:   All plaintiffs named in the caption of the complaint must date and sign the complaint and provide his/her mailing address and telephone number.  Attach additional sheets of paper as necessary.